**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 244 EAL 2014
:
                   Respondent    : Petition for Allowance of Appeal from the
                                  : Order of the Superior Court
:
                v.                :
:
:
:
JASON LITTLE,                :
:
                 Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.